UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RONALD FOXMAN,

    08    194

**CIVIL COMPLAINT**

                  Plaintiff,

  -against-

MICHAEL J. ASTRUE,
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

FILED/ITALIANO, J.
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JAN 15 2008 ★
BROOKLYN OFFICE

                  Defendant.

-----------------------------------------------------------X

**GOLD, M.J.**

    Plaintiff, by his attorney, Wendy Brill, respectfully alleges:

    1.    That this is an action in the nature of a review of the decision of the administration law judge pursuant to Section 205(g) and/or 1631 (c)(3) of the Social Security Act, as amended, 42 U.S.C. Section 405(g) and/or 1383 (c)(3).

    2.    That the plaintiff resides at 2685 University Avenue, Apt. 17D, Bronx, New York 10468.

    3.    That the defendant is the Commissioner of the Social Security Administration.

    4.    That defendant, as Commissioner of the Social Security Administration, has full power and responsibility over disability insurance benefits and Supplemental Security Income benefits under the Social Security Act, as amended.

1

5. That the plaintiff became entitled to receive disability insurance benefits by virtue of post concussion syndrome and back problems.

6. That plaintiff's disability has been established and began in June 1980.

7. That the Social Security Administration disallowed plaintiff's application upon the ground that plaintiff failed to establish a period of disability and upon the ground that plaintiff did not have an impairment or combination of impairments of the severity prescribed by the pertinent provisions of the Social Security Act to establish a period of disability or to allow Supplemental Security Income Benefits.

8. That subsequent thereto, plaintiff requested a hearing and on July 24, 2006, a hearing was held which resulted in a denial of plaintiff's claim on September 11, 2006.

9. Thereafter plaintiff requested a review by the Appeals Council, and after its consideration, said decision of the administrative law judge was affirmed on September 26, 2007.

10. That the decision of the administrative law judge, as affirmed by the Appeals Council, was erroneous.

11. That the decision of the administrative law judge, as affirmed by the Appeals Council, is not supported by substantial evidence on the record.

12. That the decision of the administrative law judge, as affirmed by the Appeals Council, is contrary to the law.

WHEREFORE, plaintiff respectfully prays that:

2

(a) A summons be issued to respond directing his to appear before this Court;

(b) Defendant be ordered to submit a certified copy of the transcript of the record including evidence upon which the findings and decisions complained of, are based;

(c) Upon such record, this court modify the decision of the defendant to grant maximum monthly insurance and/or Supplemental Security Income benefits to the plaintiff, retroactive to the date of initial disability; and

(d) For such other and further relief as to this Court may seem just and proper.

Dated: New York, New York
December 4, 2007

_____
WENDY BRILL (WB 3649)
Attorney for Plaintiff
9 Murray Street, Suite 4 West
New York, New York 10007
(212) 608-4100

3

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**CV 08 194**

## I. (a) PLAINTIFFS
Ronald Foxman
2685 University Ave., Apt. 17D
Bronx, New York 10468

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Michael J. Astrue, Commissioner of
Social Security, 900 Altemeyer Blvd.,
Baltimore, Maryland 21235

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**VITALIANO, J**

(c) Attorney's (Firm Name, Address, and Telephone Number)
Wendy Brill, 9 Murray Street-#4W
New York, NY 10007 (212) 608-4100

Attorneys (If Known)
U.S. Attorney, One Pierrepont Plaza
Brooklyn, NY 11231

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☒ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Plaintiff seeks review of administration decision

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 12/4/07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE ENV MAG. JUDGE SMG

194

## ARBITRATION CERTIFICATION

I,_____, counsel for _____ do hereby certify pursuant to the Local Arbitration Rule 83.10 that to the best of my knowledge and belief the damages recoverable in the above captioned civil action exceed the sum of $150,000 exclusive of interest and costs.
_____ Relief other than monetary damages is sought.

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:
_____

**Please refer to NY-E Division of Business Rule 50.1(d)(2)**

1.) Is the civil action being filed in the Eastern District of New York removed from a New York State court located in Nassau or Suffolk County: __no__

2.) If you answered "no" above:

   a.) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County? __no__

   b.) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District? __yes__

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County? __no__

(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).

**I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.**

Yes __X__        No_____

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

Yes_____(If yes, please explain)        No __X__

Please provide your E-MAIL Address and bar code below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number or any other four digit number registered by the attorney with the Clerk of Court.
(This information must be provided pursuant to local rule 11.1(b) of the civil rules).

**ATTORNEY BAR CODE:** __3649__

**E-MAIL Address:** __WendyBrill@nyc.rr.com__

I consent to the use of electronic filing procedures adopted by the Court in Administrative Order No. 97-12, "In re Electronic Filing Procedures(EFP)", and consent to the electronic service of all papers.

Signature: _/s/ Wendy Brill_



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:KMA/jr

*271 Cadman Plaza East, 7th Fl.*
*Brooklyn, New York 11201*

January 29, 2008

Electronically Filed

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Ronald Foxman v. Commissioner of Social Security
              Civil Action No. CV-08-0194 (ENV)(SMG)

To Whom It May Concern:

      The defense of this action is being handled by the undersigned Assistant U.S. Attorney. Please note Assistant U.S. Attorney Kathleen A. Mahoney's appearance and update the docket sheet so that AUSA Kathleen A. Mahoney receives all future ECF notifications in this matter. Ms. Mahoney's email address is kathleen.mahoney@usdoj.gov

      Thank you for your attention to this matter. If you have any questions, please contact the undersigned at the number listed below.

      Respectfully submitted,

      BENTON J. CAMPBELL
      United States Attorney

      By:    /s/ Kathleen A. Mahoney
              KATHLEEN A. MAHONEY
              Assistant U.S. Attorney
              718-254-6026

cc:    Wendy Brill, Esq.
        Attorney for Plaintiff

SLR:KMA; 2007V00112

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

RONALD FOXMAN,

              Plaintiff,

   -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

             Defendant.
------------------------------X

STIPULATION AND
ORDER OF TRANSFER

Civil Action CV-08-0194

(Vitaliano, J.)
(Gold, C.M.J.)

     WHEREAS, Plaintiff commenced this action pursuant to 42 U.S.C. § 405(g), seeking review of a final decision of Defendant, the Commissioner of Social Security, denying his claim for disability insurance benefits and/or Supplemental Security Income under Titles II and XVI of the Social Security Act, respectively;

     WHEREAS, Plaintiff resides at 2685 University Avenue, Apt. 17D, Bronx, New York 10468; and

     WHEREAS, pursuant to the second sentence of 42 U.S.C. § 405(g), this action should have been brought in the district court of the United States for the judicial district in which Plaintiff resides;

     IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, RONALD FOXMAN, and counsel for Defendant, the COMMISSIONER OF SOCIAL SECURITY, that Plaintiff's action is transferred to the United States District Court for the

Southern District of New York.

Dated:

                               /s/ Wendy Brill
                               WENDY BRILL, Esq. (WB 3649)
                               Attorney for Plaintiff
                               9 Murray Street, Suite 4 West
                               New York, New York 10007
                               (212) 608-4100

Brooklyn, New York                BENTON J. CAMPBELL
January 30, 2008                   United States Attorney
                               Eastern District of New York
                               Attorney for Defendant
                               271 Cadman Plaza East, 7th Floor
                               Brooklyn, NY 11201

                     By:    /s/ Kathleen A. Mahoney
                               KATHLEEN A. MAHONEY (km 5173)
                               Assistant U.S. Attorney
                               (718) 254-6026/7000
                               kathleen.mahoney@usdoj.gov

SO ORDERED:

_____
Honorable Eric N. Vitaliano
United States District Judge



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:KMA
2007V00112

*271 Cadman Plaza East, 7th Floor*

*Brooklyn, New York  11201*

February 11, 2008

BY ECF

Honorable Eric N. Vitaliano
United States District Judge
225 Cadman Plaza East, Room 714 S
Brooklyn, New York  11201

       Re:   Ronald Foxman v. Commissioner of Social Security,
              Civil Action No. CV-08-0194 (ENV)(SMG)

Dear Judge Vitaliano:

      Enclosed please find, for Your Honor's signature, a proposed Stipulation and Order of Transfer for this social security benefits claim case.   Plaintiff resides in the Southern District of New York.

      Thank you for Your Honor's consideration of this request.

                             Respectfully submitted,

                             BENTON J. CAMPBELL
                             United States Attorney

              By:   s/_____
                      KATHLEEN A. MAHONEY
                      Assistant U.S. Attorney
                      (718) 254-6026/7000

Enclosure

cc:    Wendy Brill, Esq.
       Attorney for Plaintiff
       9 Murray Street, Suite 4 West
       New York, New York  10007

SLR:KMA; 2007V00112

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 13 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

RONALD FOXMAN,

                Plaintiff,

    -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.
----------------------------------X

STIPULATION AND
ORDER OF TRANSFER

Civil Action CV-08-0194

(Vitaliano, J.)
(Gold, C.M.J.)

WHEREAS, Plaintiff commenced this action pursuant to 42 U.S.C. § 405(g), seeking review of a final decision of Defendant, the Commissioner of Social Security, denying his claim for disability insurance benefits and/or Supplemental Security Income under Titles II and XVI of the Social Security Act, respectively;

WHEREAS, Plaintiff resides at 2685 University Avenue, Apt. 17D, Bronx, New York 10468; and

WHEREAS, pursuant to the second sentence of 42 U.S.C. § 405(g), this action should have been brought in the district court of the United States for the judicial district in which Plaintiff resides;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, RONALD FOXMAN, and counsel for Defendant, the COMMISSIONER OF SOCIAL SECURITY, that Plaintiff's action is transferred to the United States District Court for the

Southern District of New York.

Dated:

                                                           /s/ Wendy Brill
                                                   WENDY BRILL, Esq. (WB 3649)
                                                   Attorney for Plaintiff
                                                   9 Murray Street, Suite 4 West
                                                   New York, New York 10007
                                                   (212) 608-4100

Brooklyn, New York                    BENTON J. CAMPBELL
January 30, 2008                       United States Attorney
                                        Eastern District of New York
                                        Attorney for Defendant
                                        271 Cadman Plaza East, 7th Floor
                                        Brooklyn, NY 11201

                             By:   /s/ Kathleen A. Mahoney
                                        KATHLEEN A. MAHONEY (km 5173)
                                        Assistant U.S. Attorney
                                        (718) 254-6026/7000
                                        kathleen.mahoney@usdoj.gov

SO ORDERED:

s/Eric N. Vitaliano
------------------------
Honorable Eric N. Vitaliano
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
    Clerk
   TERRY VAUGHN
    Chief Deputy Clerk

PLEASE REPLY TO:

 X   **BROOKLYN OFFICE**
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

February 13th, 2008

To:   Clerk
       United States District Court
       Southern District of New York
       Daniel Patrick Moynihan
       United States Courthouse
       500 Pearl Street
       New York, NY 10007-1312

              In re: Foxman v. Astrue
           Civil Action Number 1:08-0194 (ENV)(SMJ)

Pursuant to the Stipulation and Order of Transfer directing the transfer of the above referenced action to the United States District Court for the Southern District of New York, the following documents are herewith enclosed:

              X    Certified Copy of the Stipulation and Order of Transfer
              X    Certified Copy of the Docket Sheet
                   Entire File
              X    Other: Entire case filed electronically;
                   Documents may be retrieved utilizing
                   the PACER System on the Court's website:
                   **www.nyed.uscourts.gov**

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

                                       Yours truly,
                                       ROBERT C. HEINEMANN
                                       Clerk of Court

                                       By: C. Barrett
                                           Deputy Clerk

Encl.
cc: Case File

**Transferee Court Case No. _____**