

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
                                :
RONALD FOXMAN,                  :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   08 Civ. 1823 (LAK)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from April 22, 2008 to and including June 20, 2008.  This extension is requested to

permit the Social Security Administrative sufficient time to evaluate its litigation position in this case. No prior extension has been requested in this case.

Dated: New York, New York
       March 24, 2008

                                              WENDY BRILL, ESQ.
                                              Attorney for Plaintiff
                                              9 Murray Street,
                                                 Suite 4 West
                                              New York, New York 10007
                                              Telephone No.:(212) 608-4100

                                              MICHAEL J. GARCIA
                                              United States Attorney
                                              Southern District of New York
                                              Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
4/4/08