U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



86 Chambers Street
New York, New York 10007

June 20, 2008

BY HAND

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

    Re:   Ronald Foxman v. Astrue
           08 CV 01823 (LAK)

Dear Magistrate Judge Katz:

     This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of defendant's time to file an answer or move with respect to the complaint.

     The answer is due today, June 20, 2008. This case was recently assigned to me, and because I have not yet completed my review of the administrative record, I respectfully request that the time in which to answer or move with respect to the complaint be extended by thirty days, to July 21, 2008. This is the government's second request for an extension. Plaintiff has kindly consented to this request.

     Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: Wendy Brill, Esq.
    9 Murray Street, NW
    New York, New York 10007

[Handwritten annotation:] The Government's response to the Complaint or any motions shall be filed by July 21, 2008. Any reply by Plaintiff shall be filed by August 11, 2008.

**SO ORDERED**
6/23/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE