UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
RONALD FOXMAN,                          :

                        Plaintiff,      :
                                        :
          -against-                     :
                                        : 08 Civ. 1823 (LAK)(THK)
                                        :
MICHAEL J. ASTRUE,                      :       **ORDER**
Commissioner of Social Security         :
                                        :
                        Defendant.      :
----------------------------------------X

**THEODORE H. KATZ, United States Magistrate Judge.**

This social security action having been referred to this
Court; and Defendant having filed an Answer to Plaintiff's
Complaint; it is hereby ORDERED:

1.  By August 29, 2008, Defendant shall file his motion for
judgment on the pleadings.

2.  By September 15, 2008, Plaintiff shall file his response
to Defendant's motion.

3.  By September 22, 2008, Defendant shall file his reply in
support of his motion, if any.

SO ORDERED.

_____
        THEODORE H. KATZ
    UNITED STATES MAGISTRATE JUDGE

Dated: August 4, 2008
       New York, New York