UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
RONALD FOXMAN,                      :    **REVISED**
                                    :    **SCHEDULING ORDER**
            Plaintiff,              :
                                    :
        - v. -                      :    08 Civ. 1823(LAK)(THK)
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :    USDC SDNY
            Defendant.              :    DOCUMENT
                                    :    ELECTRONICALLY FILED
- - - - - - - - - - - - - - - - - -x     DOC #: _____
                                         DATE FILED: 9/2/08

        Defendant having filed his answer to the complaint on

July 21, 2008,

        IT IS HEREBY ORDERED that:

    1.    Defendant's motion for judgment on the pleadings shall

          be served and filed on or before September 29, 2008;

    2.    Plaintiff's response to the motion and any cross-motion

          shall be served and filed on or before October 16,

          2008; and,

    3.    Defendant's response and reply shall be served and

          filed on or before October 23, 2008.

                    9/2/08
SO ORDERED:

    _____
    United States District Judge

COPIES MAILED
TO COUNSEL OF RECORD ON  9/2/08